UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
KEVIN GAREY,

                Plaintiff,

    -against-                            ORDER

SELIMA OPTIQUE AND ACCESSORIES, INC.,      19 Civ. 1666(GBD)

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York             SO ORDERED.
       May 13, 2019

                                                  *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge