USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

SELIMA OPTIQUE AND ACCESSORIES, INC.,

Defendant.

Case No. 1:19-cv-01666-GBD

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kevin Garey ("Plaintiff") and Defendant Selima Optique and Accessories, Inc. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
~~June~~ 3, 2019
July 55

SEYFARTH SHAW LLP

By_____
Samuel Sverdlov
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5547
*Attorneys for Defendant*
*Selima Optique and Accessories, Inc.*

SHALOM LAW, PLLC

By_____
Jonathan Shalom
124-04 Metropolitan Avenue
Kew Gardens, NY 11374
Telephone: (516) 807-1748
*Attorneys for Plaintiff*
*Kevin Garey*

SO ORDERED this ___ day of JUL 0 8 2019, 2019

_____
HON. GEORGE B. DANIELS, U.S.D.J.

57770209v.1